# In the United States Court of Federal Claims

No. 17-877C
(Filed: August 11, 2017)

```
*************************************
COMMON GROUND HEALTHCARE      *
COOPERATIVE,                  *
                              *
            Plaintiff,        *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
            Defendant.        *
*************************************
```

**ORDER**

The court conducted a telephonic status conference in the above-captioned case on August 11, 2017. As discussed during the status conference, the court **STAYS** proceedings only on the merits of plaintiff's case–in other words, defendant's response to plaintiff's complaint and any dispositive motions–pending a decision by the United States Court of Appeals for the Federal Circuit ("Federal Circuit") in Land of Lincoln Mutual Health Insurance Co. v. United States, No. 2017-1224, and/or Moda Health Plan, Inc. v. United States, No. 2017-1994.[1] Within **two weeks** of the Federal Circuit issuing such a decision, the parties shall file a joint status report containing a proposal for further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

---

[1] When appropriate, the parties may proceed on other matters, such as class certification.